IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT WEST | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-1216 |
| | ) | |
| v. | ) | Judge Gary L. Lancaster |
| | ) | |
| NISOURCE LONG-TERM DISABILITY | ) | |
| PLAN (f/k/a COLUMBIA ENERGY | ) | |
| GROUP LONG-TERM DISABILITY | ) | |
| PLAN), COLUMBIA ENERGY GROUP, | ) | |
| NISOURCE, INC. AND LIBERTY | ) | |
| MUTUAL INSURANCE COMPANY | ) | |
| d/b/a LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 19th day of April, 2006, upon consideration of Defendants CEG,

NiSource and the LTD Plan's Stipulation of Voluntary Dismissal Of Cross-Claim Against

Defendant Liberty Mutual Insurance Company d/b/a Liberty Life Assurance Company of Boston

("Liberty Life") pursuant to Federal Rule of Civil Procedure 41(c), it is hereby ORDERED that

said Stipulation is ACCEPTED, and that Court will hereby dismiss with prejudice, Defendants

CEG, NiSource and the LTD Plan's Cross-Claim against Liberty Life.

Gary L. Lancaster, District Judge

{M:\CLIENTS\26103\0017 H0355981:1}