IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT WEST,

        Plaintiff,

v.                                                                                            CIVIL ACTION NO: 03-1216

NISOURCE LONG-TERM DISABILITY PLAN
(f/k/a COLUMBIA ENERGY GROUP
LONG-TERM DISABILITY PLAN),
COLUMBIA ENERGY GROUP,
NISOURCE, INC., and
LIBERTY MUTUAL INSURANCE COMPANY,
D/B/A LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON,

        Defendants.

## ORDER

Upon motion by Plaintiff, and for good cause shown, Plaintiff may, within fifteen (15) days of the entry of this Order, file a sur-Reply to the Reply brief (Doc. 57) filed by Defendant NiSource Long-Term Disability Plan and by the Columbia defendants (Columbia Energy Group and NiSource Inc.) with respect to said Defendants' motion for summary judgment (Doc. 48).

Entered by

_____
The Honorable Gary L. Lancaster
United States District Judge

AND NOW, THIS 24th DAY OF July 06 IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

_____
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE