IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WEST, ) | |
| ) | CIVIL ACTION NO. 03-1216 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NISOURCE LONG-TERM DISABILITY ) | |
| PLAN (f/k/a COLUMBIA ENERGY GROUP ) | |
| LONG-TERM DISABILITY PLAN), ) | |
| COLUMBIA ENERGY GROUP, NISOURCE, ) | |
| INC. and LIBERTY MUTUAL INSURANCE ) | |
| COMPANY d/b/a LIBERTY LIFE ) | |
| ASSURANCE COMPANY OF BOSTON, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 8th day of December, 2006, upon consideration of Plaintiff's Stipulation of Voluntary Dismissal of Claims Against Liberty Mutual Insurance Company d/b/a Liberty Life Assurance Company of Boston ("Liberty Life"), it is hereby ORDERED that said stipulation is ACCEPTED, and all claims asserted by Plaintiff against Liberty Life are hereby dismissed with prejudice, with Plaintiff and Liberty Life bearing their own costs and attorney fees in connection with such claims.

BY THE COURT:

_____
United States District Judge

DM2\753310.1