IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WEST | ) |
|         Plaintiff, | ) CIVIL ACTION NO. 03-1216 |
| v. | ) Judge Gary L. Lancaster |
| NISOURCE LONG-TERM DISABILITY PLAN (f/k/a COLUMBIA ENERGY GROUP LONG-TERM DISABILITY PLAN), COLUMBIA ENERGY GROUP, NISOURCE, INC. AND LIBERTY MUTUAL INSURANCE COMPANY d/b/a LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) |
|         Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

AND NOW, this 29th day of March, 2007, upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice Due To Settlement of All Claims, it is hereby ORDERED that said Stipulation is ACCEPTED, and that Court will hereby dismiss with prejudice all of Plaintiff's claims in the matter herein and direct the Clerk to take all steps necessary to dismiss this action and mark the record of this case CLOSED.

BY THE COURT:

_/s/ Gary L. Lancaster_
Gary L. Lancaster, District Judge